# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES D. SHATTUCK-KNAEBEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:24-cv-454 HEA |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This civil action is before the Court upon self-represented Plaintiff Charles Shattuck-Knaebel's "Motion for Voluntary Dismissal." ECF No. 16. After Plaintiff filed his 42 U.S.C. § 1983 complaint in this matter against 65 defendants, the Court reviewed the 50-page Statement of Claim and 150 pages of exhibits in detail, explaining the legal deficiencies and directing Plaintiff to file an amended complaint. *See* ECF No. 15. In response, Plaintiff filed the instant motion which complains about this Court dismissing his cases, his conditions of confinement in prison, and his treatment by the prosecutor in his state-court criminal prosecution. ECF No. 16 at 1-2. He also states: "Drop all my lawsuits" and "I'm done. I give up." *Id.* at 1-2. The Court construes Plaintiff's motion as a notice of voluntary dismissal filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and will order the dismissal of this case, without prejudice. This dismissal will not count as a "strike" under 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Voluntary Dismissal [ECF No. 16] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice. A

2

separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 6th day of August, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE